# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA

| | |
|---|---|
| In re:<br><br>Jeffrey S Horning<br><br><br>Debtor(s), | Bankruptcy No:  24-13182<br><br>Chapter: 7 |

### Debtor's Motion to Extend Time
### to File Schedules, Statements, and Other Documents

**AND NOW**, Debtor Jeffrey S Horning, by and through their attorney, moves this Court to extend time to file schedules, statements, and other documents.  In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 7 on September 9, 2024.
2. The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition, and the Court ordered that they be filed on or before September 23, 2024. ECF No. 5.
3. A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).
4. The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.
5. The Debtor requests an extension to file the Schedules on or before October 7, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

DATED:  September 23, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By*:*    */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

Date: September 23, 2024

/s/ Michael A. Cibik
Michael A. Cibik

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>Jeffrey S Horning<br><br><br>Debtor(s), | Bankruptcy No:  24-13182<br><br>Chapter: 7 |
| --- | --- |

**Order Granting Debtor's Motion to Extend Time**
**to File Schedules, Statements, and Other Documents**


   **AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

   1. The motion is **GRANTED.**

   2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before October 7, 2024.

   3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

   4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.


   Date: _____

                                        _____
                                        Ashely M. Chan
                                        U.S. Bankruptcy Judge